

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-123-CV

ALAA MOHAMAD WEISS                                    APPELLANT

V.

RANIA ARWANI WEISS                                     APPELLEE

----------

## FROM THE 322ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss Appeal Without Prejudice." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* TEX. R. APP. P. 42.1(d), 43.4.

PER CURIAM

PANEL D:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED:  May 29, 2008